IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

**SAFRON HUOT**                                                                                    **PLAINTIFF**

**VS.**                                            **4:17-cv-00447-BRW**

**MONTANA STATE DEPARTMENT
OF CHILD AND FAMILY SERVICES,** *et al.*                              **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiff's complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED.

IT IS SO ORDERED THIS 12th day of July, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

1